## CALENDAR : MAGISTRATE'S PROCEEDING

BEFORE MAG. JUDGE  Lois Bloom                        DATE:  2/10/16

DOCKET NUMBER:  16 CR 45 (MKB)        LOG #:  11:19 - 11:24

DEFENDANT'S NAME:  Jeffrey Hurant + Easy Rent Systems.
              ✓ Present   ___ Not Present   ___ Custody   ✓ Bail

DEFENSE COUNSEL:  Michael Tremonte
         ___ Federal Defender   ___ CJA   ✓ Retained

A.U.S.A:  Tyler Smith        DEPUTY CLERK:  Smynen

INTERPRETER: _____ (Language) _____

_____ Hearing held.   _____ Hearing adjourned to _____

___ Defendant was released on _____ PRB with/without some conditions.

___ Defendant was advised of bond conditions by the Court and signed the bond.

___ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

___ Additional surety (ies) to co-signed bond by _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay entered.   Code Type ___   Start _____   Stop _____

✓ Order of Speedy Trial entered.   Code Type ___   Start 2/10/16   Stop 3/15/16.

___ Defendant's first appearance.   ✓ Defendants arraigned on the indictment.

___ Attorney Appointment of ___ FEDERAL DEFENDER ___ CJA

✓ Defendants entered **NOT GUILTY PLEA** to **ALL** counts of the indictment.

✓ Status conference set for 3/15/16 @ 10am before Judge Brodie

OTHERS: _____