# SHER TREMONTE LLP

April 19, 2016

**BY ECF**

The Honorable Margo K. Brodie
United States District Judge
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:  *United States v. Easy Rent Systems, Inc.*, 16-cr-45(MKB)

Dear Judge Brodie:

On behalf of our clients, Jeffrey Hurant and Easy Rent Systems, Inc., we request a thirty day adjournment of the conference currently scheduled for this Friday, April 22, 2016. At the conference of March 15, 2016, the Court scheduled the April 22 conference and directed the parties to inform the Court in advance whether or not an appearance in April was necessary. At this time, the government continues to produce voluminous discovery, which the defense is in the process of reviewing as it becomes available. As there are no issues that require the Court's immediate attention, we respectfully request an adjournment of thirty days. In the event the Court grants this request, the parties consent to the exclusion of time under the Speedy Trial Act until the next conference. The government consents to this request.

Respectfully submitted,

*[signature]*

Michael Tremonte
Noam Biale
SHER TREMONTE LLP
80 Broad Street, 13th Floor
New York, NY 10004
Tel: (212) 202-2600
Fax: (212) 202-4156
Email: nbiale@shertremonte.com