

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

TJS
F. #2015R01982

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

May 9, 2016

<u>By ECF and Interoffice Mail</u>
The Honorable Margo K. Brodie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Easy Rent Systems, et al.
                 <u>Criminal Docket No. 16-45 (MKB)</u>

Dear Judge Brodie:

        The government writes to respectfully request an adjournment of the status conference in the above-referenced matter currently scheduled for May 20, 2016 at 10 a.m. The undersigned Assistant is on scheduled leave on that date. The Court's deputy has indicated that the Court is next available on June 9 at 10:30 a.m., a date and time at which both parties are available. I have spoken to defense counsel regarding this request. They have no objection to the request and indicated that they consent to the exclusion of time under the Speedy Trial Act until June 9, 2016. Defense counsel advised me that they are still reviewing the discovery. The government and defense are currently working on the production of additional electronic data. In addition, the government expects to produce an additional 14 boxes worth of material this week. Finally, there are currently outstanding plea offers for both defendants. For these reasons, the government asks that the status conference in the above-captioned case be adjourned to June 9, 2016 at 10:30 and time be excluded until that date.

                                          Respectfully submitted,

                                          ROBERT L. CAPERS
                                          United States Attorney

                           By:    /s/ Tyler Smith
                                          Tyler Smith
                                          Assistant U.S. Attorney
                                          (718) 254-6186

cc:    Michael Tremonte, Esq. (by E-mail and ECF)