

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

TJS
F. #2015R01982

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

May 16, 2016

By FedEx

Michael Tremonte
80 Broad Street
13th Floor
New York, NY 10004

      Re:    United States v. Easy Rent Systems, et al.
            Criminal Docket No. 16-45 (MKB)

Dear Mr. Tremonte:

      Enclosed please find additional discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. This discovery supplements the discovery produced under cover dated March 15, 2016. The government also requests reciprocal discovery.

      Enclosed please find a 16 GB flash drive containing images of 14 boxes of material seized from 6 West 14th Street (Bates-numbered Cabinet_Wall_X_Docs-0000001 to 0042754).

      Very truly yours,

      ROBERT L. CAPERS
      United States Attorney

By:    /s/ Tyler J. Smith
      Tyler J. Smith
      Assistant U.S. Attorney
      (718) 254-6186

Enclosures

cc:    Clerk of the Court (MKB) (by ECF) (without enclosures)