

U.S. Department of Justice

*United States Attorney
Eastern District of New York*

TJS
F. #2015R01982

*271 Cadman Plaza East
Brooklyn, New York 11201*

June 3, 2016

<u>By FedEx</u>
Michael Tremonte
80 Broad Street
13th Floor
New York, NY 10004

    Re: <u>United States v. Easy Rent Systems, et al.
       Criminal Docket No. 16-45 (MKB)</u>

Dear Mr. Tremonte:

  Enclosed please find additional discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. This discovery supplements the discovery produced under covers dated March 15, 2016 and May 16, 2016. The government also requests reciprocal discovery.

  Enclosed please find a 2TB hard drive containing forensic copies of the data on the following laptops seized from 176 Broadway, Apartment 8F, New York, New York:
- Lenovo Laptop (Serial Number R9-9X4LK)
- Lenovo Laptop (Serial Number L3-A4312)
- Lenovo Laptop (Serial Number 3698-RU)
- Lenovo Laptop (Serial Number RN-OG4NAX1506)

          Very truly yours,

          ROBERT L. CAPERS
          United States Attorney

     By:  <u>/s/ Tyler J. Smith</u>
         Tyler J. Smith
         Assistant U.S. Attorney
         (718) 254-6186

Enclosures

cc: Clerk of the Court (MKB) (by ECF) (without enclosures)