# SHER TREMONTE LLP

August 17, 2016

**BY ECF**

The Honorable Margo K. Brodie
United States District Judge
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *United States v. Easy Rent Systems, Inc.*, 16-cr-45(MKB)

Dear Judge Brodie:

On behalf of our clients, Jeffrey Hurant and Easy Rent Systems, Inc., we write to apprise the Court that the defendants and the government are finalizing the details of a plea agreement, and to respectfully request that the Court adjourn tomorrow's conference and schedule a change of plea hearing for the week of August 29. The government consents to this request and, in the event the Court grants it, the parties consent to the exclusion of time under the Speedy Trial Act until the next conference.

Respectfully submitted,

Michael Tremonte
Noam Biale
SHER TREMONTE LLP
80 Broad Street, 13th Floor
New York, NY 10004
Tel: (212) 202-2600
Fax: (212) 202-4156
Email: nbiale@shertremonte.com