

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

TJS
F. #2015R01982

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

September 16, 2016

By ECF and Interoffice Mail
The Honorable Margo K. Brodie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    United States v. Easy Rent Systems, et al.
                 Criminal Docket No. 16-45 (MKB)

Dear Judge Brodie:

        A plea has been set scheduled in this matter for both defendants on October 7, 2016 at 10:45 a.m. before the Honorable Robert M. Levy. The parties, therefore, jointly request the exclusion of time under the Speedy Trial Act until October 7, 2016.[1]

                                Respectfully submitted,

                                  ROBERT L. CAPERS
                                  United States Attorney

                     By:    /s/ Tyler Smith
                                  Tyler Smith
                                  Assistant U.S. Attorney
                                  (718) 254-6186

cc:    Michael Tremonte, Esq. (by E-mail and ECF)

---

[1] Counsel for the defense has requested that the government make the application because they are currently engaged in a trial in the Southern District of New York.