# SHER TREMONTE LLP

October 17, 2016

**BY ECF**

The Honorable Margo K. Brodie
United States District Judge
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:  *United States v. Easy Rent Systems, Inc.*, 16-cr-45(MKB)

Dear Judge Brodie:

On behalf of our clients, Jeffrey Hurant and Easy Rent Systems, Inc., we write to respectfully request that the Court accept the guilty pleas of both Mr. Hurant and Easy Rent Systems, Inc., which were entered before Magistrate Judge Robert M. Levy on October 7, 2016.  The government consents to this request.

Respectfully submitted,

 /s/
Michael Tremonte
Noam Biale
SHER TREMONTE LLP
80 Broad Street, 13th Floor
New York, NY 10004
Tel: (212) 202-2600
Fax: (212) 202-4156
Email: nbiale@shertremonte.com