# Exhibit B

## RE: can you explain this to me??????

**From:** Clint Calero <clint@rentboy.com>
**To:** Coco Lopez <coco@rentboy.com>
**Date:** Thu, 06 Mar 2014 14:32:58 -0500

Me too. But they recently did a revision to the commish and I think that is where they made changes. They just keep clipping away at our kibble and it's annoying because jdh swears he wants to see us make more money.
His actions don't say he wants us to make more money.

Yea I'll bring it up. Remind me if I forget. I tend to zone out at those stupid sales meetings. Jdh asked me last night before I left if thought the sales meetings were helpful. I told him they were helpful if his goal was to stress me out but otherwise, it can easily become overkill to bash us repeatedly for more sales. Hell, I'm not even shopping online anymore because I've got so much shit to do.

Clint G. Calero
Rentboy.com/Manworks.com
Sales & Marketing
6 West 14th Street, 4W
New York, NY 10011
NYC: 212.376.5300 X 162 (11 AM-7 PM, EDT, Monday-Friday)
UK: 44.207.078.7487 x 162
France: 33.1.72813773 x 162
Spain: 34.93.802.1427 x 162
Brazil: 55.21.39585681 x 162
Fax: 347.402.4900 ATTN: Clint

"I believe that sex is one of the most beautiful, natural, wholesome things that money can buy." **Steve Martin**

---

**From:** Coco Lopez
**Sent:** Thursday, March 06, 2014 2:23 PM
**To:** Clint Calero
**Subject:** RE: can you explain this to me??????

Pls bring that up in next metg. I thought we always get spiff commish, regardless of trvl ad age.

**From:** Clint Calero
**Sent:** Thursday, March 06, 2014 2:22 PM
**To:** Coco Lopez
**Subject:** RE: can you explain this to me??????

I have started to keep a tighter grip on my commish because of him.

And I remember some time ago, that Brice explained to me that we get commish for travel ads even if they are just extending them. and we get more commish if they are our account. I thought the spiff on travel ads was just for that one time but not if they extend it again. But from what I read in the recent revision of

commish, I thought it said that we can only get a spiff once from a travel ad in an account. But if they buy another travel ad down the road, we get nothing. Im confused as fuck.

Clint G. Calero
Rentboy.com/Manworks.com
Sales & Marketing
6 West 14th Street, 4W
New York, NY 10011
NYC: 212.376.5300 X 162 (11 AM-7 PM, EDT, Monday-Friday)
UK: 44.207.078.7487 x 162
France: 33.1.72813773 x 162
Spain: 34.93.802.1427 x 162
Brazil: 55.21.39585681 x 162
Fax: 347.402.4900 ATTN: Clint

"I believe that sex is one of the most beautiful, natural, wholesome things that money can buy." **Steve Martin**

---

**From:** Coco Lopez
**Sent:** Thursday, March 06, 2014 2:19 PM
**To:** Clint Calero
**Subject:** RE: can you explain this to me??????

**P.S. WATCH your commishs'!!**

Since Jan I've had 2 accts where he rejects the commish, saying "it was just a renewal"…when it's actually a new purchase <u>after 6 mos</u>.

He skims quickly thru Payments section and makes her DECREE. Fuck that--
Check and double check. What pisses me off is his flighty "Ooops—re-submit!" replies.

Mo'fo', you messin' wit' Momma kibble!
C

**From:** Clint Calero
**Sent:** Thursday, March 06, 2014 2:07 PM
**To:** Coco Lopez
**Subject:** RE: can you explain this to me??????

I agree that it's a waste of time but since they are cracking the whip on us to bring in new accounts and tracking it in front of everyone, I figure I'd better keep up. Personally, I don't think it's professional that they have our commish and our personal accomplishments on a spread sheet for everyone else to see. I've never been with a company who does this.

Isn't there supposed to be some $50 cash compensation for new ads? Seriously, I can't keep up with all the ideas they have fluttering in the air.

And not only is she confused but even when she found out the mistake was on her part, she continued to say it was all my fault. She walked away muttering something along the lines of how it was my doing but she never once just said, 'oops. I got confused. My mistake.'   It's part of her God complex. She is never wrong.

I don't think Fredy wants that at all.

Clint G. Calero
Rentboy.com/Manworks.com
Sales & Marketing
6 West 14th Street, 4W
New York, NY 10011
NYC: 212.376.5300 X 162 (11 AM-7 PM, EDT, Monday-Friday)
UK: 44.207.078.7487 x 162
France: 33.1.72813773 x 162
Spain: 34.93.802.1427 x 162
Brazil: 55.21.39585681 x 162
Fax: 347.402.4900 ATTN: Clint

"I believe that sex is one of the most beautiful, natural, wholesome things that money can buy." **Steve Martin**

---

**From:** Coco Lopez
**Sent:** Thursday, March 06, 2014 2:02 PM
**To:** Clint Calero
**Subject:** RE: can you explain this to me??????

To be honest I think it's kinda silly to claim ownership if we're not getting $$ for it. That's just me. Someone else might come along, sell the 1st month and you lose the commish.

Yah, she's confused and distracted by Freddy's come-hither stare. The erotic tension is palpable.

---

**From:** Clint Calero
**Sent:** Thursday, March 06, 2014 1:39 PM
**To:** Coco Lopez
**Subject:** can you explain this to me??????

I'm confused. This is acct 386834. I gave the guy a free rb and a free mw. He approved the mw but not the rb. I don't understand his explanation. If we give a promo for each site, are we only allowed to claim ownership of the mw ad?
I must've missed this on last Tuesday's meeting.

Clint G. Calero
Rentboy.com/Manworks.com
Sales & Marketing
6 West 14th Street, 4W
New York, NY 10011
NYC: 212.376.5300 X 162 (11 AM-7 PM, EDT, Monday-Friday)
UK: 44.207.078.7487 x 162
France: 33.1.72813773 x 162
Spain: 34.93.802.1427 x 162
Brazil: 55.21.39585681 x 162
Fax: 347.402.4900 ATTN: Clint

"I believe that sex is one of the most beautiful, natural, wholesome things that money can buy." **Steve Martin**

**From:** rbadmin
**Sent:** Thursday, March 06, 2014 1:26 PM
**To:** Clint Calero
**Subject:** RE: 386834 - commish

Yes and yes but
If you are promoting a MW then your submission should be under MW
Remember that bodyworker and masseurs are under the MW commission split


Alex
Administrator
Rentboy.com
Manworks.com


**From:** Clint Calero
**Sent:** Thursday, March 06, 2014 1:25 PM
**To:** rbadmin
**Subject:** RE: 386834 - commish

But aren't we also supposed to claim account ownership for new rb ads so they can keep track of how many new ads we bring in each week?

Clint G. Calero
Rentboy.com/Manworks.com
Sales & Marketing
6 West 14th Street, 4W
New York, NY 10011
NYC: 212.376.5300 X 162 (11 AM-7 PM, EDT, Monday-Friday)
UK: 44.207.078.7487 x 162
France: 33.1.72813773 x 162
Spain: 34.93.802.1427 x 162
Brazil: 55.21.39585681 x 162
Fax: 347.402.4900 ATTN: Clint

"I believe that sex is one of the most beautiful, natural, wholesome things that money can buy." **Steve Martin**


**From:** rbadmin
**Sent:** Thursday, March 06, 2014 1:22 PM
**To:** Clint Calero
**Subject:** 386834 - commish

This was a MW trial, but you submitted as RB

MW is more %%

I rejected and pls resubmit



Alex
Administrator
Rentboy.com
Manworks.com